## MAGEE *v.* THE SAND CREEK TURNPIKE COMPANY.

From the Decatur Circuit Court.

*J. S. Scobey* and *O. B. Scobey,* for appellant.

*Bonner & Bracken, J. D. Miller, W. O. Foley,* and *C. & J. K. Ewing,* for appellee.

PETTIT, J.—This case, in all legal respects, is the same as *Knarr* v. *The Sand Creek Turnpike Co., ante,* p. 278; and on the authority of that case, this is affirmed, at the appellant's costs.